**Title:**   BIG WET ASSES #17  **Network:**   BitTorrent
**SHA-1 Hash:**  0F570BFFD01696FCB514C67DCCFE089AC3C6C68E   **Swarm Date:** 12/7/2010

| DOE# | IP | First Hit UTC | Last Hit UTC | City | State | ISP |
|---|---|---|---|---|---|---|
| 1 | 74.169.64.252 | 11/28/2010 0:11 | 12/8/2010 0:17 | Fort Pierce | FL | BellSouth.net |
| 2 | 74.233.75.168 | 11/28/2010 0:41 | 12/19/2010 23:26 | Fort Lauderdale | FL | BellSouth.net |
| 3 | 174.48.245.67 | 10/18/2010 14:07 | 12/30/2010 13:06 | Deerfield Beach | FL | Comcast Cable |
| 4 | 76.109.169.33 | 12/7/2010 2:49 | 12/8/2010 3:34 | Delray Beach | FL | Comcast Cable |
| 5 | 76.109.219.12 | 12/7/2010 15:31 | 12/7/2010 15:31 | West Palm Beach | FL | Comcast Cable |
| 6 | 98.242.193.109 | 11/28/2010 4:05 | 12/9/2010 3:05 | Hollywood | FL | Comcast Cable |
| 7 | 99.118.242.31 | 11/27/2010 18:45 | 12/13/2010 8:22 | West Palm Beach | FL | SBC Internet Services |

# EXHIBIT A

SFL2