

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Big Wet Asses 17
Search Results: Displaying 1 of 1 entries



### *BIG WET ASSES 17.*

        **Type of Work:** Motion Picture
**Registration Number / Date:** PA0001691539 / 2010-08-06
       **Application Title:** BIG WET ASSES 17.
                    **Title:** BIG WET ASSES 17.
             **Description:** Videodisc (DVD)
   **Copyright Claimant:** PATRICK COLLINS, INC. Address: 8015 DEERING AVE., CANOGA PARK, CA, 91304, United States.
          **Date of Creation:** 2010
     **Date of Publication:** 2010-05-22
**Nation of First Publication:** United States
**Authorship on Application:** PATRICK COLLINS, INC., employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture.
                   **Names:** PATRICK COLLINS, INC.



| Save, Print and Email (Help Page) ||
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

**EXHIBIT B**